**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:05-cv-00368-HDM-VPC |
| | 3:02-cr-00177-HDM-VPC |
| Plaintiff, | |
| vs. | **ORDER** |
| MARTIN CARDENAS-GOMEZ a/k/a MARTIN CARDENAS-RAMIREZ, | |
| Defendant. | |

On November 28, 2005, this court denied the defendant's 28 U.S.C. § 2255 motion as time barred because it was not filed until well beyond the statutory one year limitation period set forth in 28 U.S.C. § 2255. Therefore, the defendant's Motion for Judgment on the Pleadings (Doc. #4) is DENIED as moot.

It is so ORDERED.

Dated this 21st day of December, 2005.

_____
SENIOR U.S. DISTRICT JUDGE